IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHNNIE MAE TILLISON, Individually and on behalf of herself and others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>NASHVILLE QUALITY, LLC, and CARROLS CORPORATION,<br><br>　　　Defendants. | No. 2:25-cv-02257-SHL-cgc |

**ORDER GRANTING JOINT UNOPPOSED MOTION TO STAY PROCEEDINGS, REFER PLAINTIFF'S INDIVIDUAL CLAIMS TO ARBITRATION, AND DISMISS PLAINTIFF'S CLASS CLAIMS WITHOUT PREJUDICE**

　　　Before the Court is the Joint Unopposed Motion to Stay These Proceedings, Refer Plaintiff's Individual Claims to Arbitration, and Dismiss Plaintiff's Class Claims Without Prejudice, filed February 3, 2026. (ECF No. 8.) In the Motion, the Parties explain that Plaintiff Johnnie Mae Tillison's claims against Defendants Nashville Quality, LLC, and Carrols Corporation are subject to arbitration, pursuant to the arbitration agreement she signed as a condition of her employment with Defendants. (Id. at PageID 29.) The Parties also submit that the arbitration agreement provides that Tillison "will pursue only her individual claims, not claims on behalf of any similarly situated individuals." (Id.) To that end, the Parties agree that the proceedings should be stayed as to Tillison's individual claims so that they can be arbitrated, and that her class claims should be dismissed without prejudice.

　　　"When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding." Smith v. Spizzirri, 601 U.S. 472, 478 (2024). Accordingly, and for good cause shown, the

Motion is **GRANTED**.  Tillison's individual claims are referred to arbitration, and the case is stayed as to those claims.  Tillison's class claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 4th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
